FREDERICK P. Fox et al., Appellants, *v.* NEW YORK CITY
INTERBOROUGH RAILWAY COMPANY, Respondent.

*Fox* v. *New York City Interborough Ry. Co.*, 112 App. Div. 832, appeal
dismissed.
(Argued October 3, 1906; decided October 9, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered April
6, 1906, which reversed an order of Special Term granting a
motion for the continuance of an injunction *pendente lite*.

*William W. Niles* for appellants.

*George W. Wickersham* and *Noel Gale* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.